②

*Philip D. Tutak*

CAB-03-161

• AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE **10/15/2003** | |
|---|---|---|
| NAME OF SERVER *(PRINT)* **Paula Waddle** | TITLE **Attorney at Law** | United States District Court<br>Southern District of Texas<br>FILED |

*Check one box below to indicate appropriate method of service*

NOV 0 6 2003

**Michael N. Milby**
**Clerk of Court**

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify):  **Certified Mail Receipt # 7002 2410 0001 9643 8483**
**Was received By Philip D. Tutak on 9/11/2003**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **10/15/2003**
                          Date

*Signature of Server*

**107 N. 3rd. St.  Harlingen, TX 78550**
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.