*U·S· ATTY*

*CAB-03-161*

• AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>10/15/2003 | United States District **Court**<br>Southern District of **Texas** |
|---|---|---|
| NAME OF SERVER *(PRINT)*<br>**Paula Waddle** | TITLE<br>**Attorney at Law** | FILED |

**NOV** 0 6 2003

*Check one box below to indicate appropriate method of service*

**Michael N. Milby**
~~Clerk of Court~~

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   **Certified Mail Receipt # 7002 2410 0001 9643 8506**
    **was received by US Attorney on 9/13/02.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **10/15/2003**                    *[signature]*
                     Date                        *Signature of Server*

**107 N. 3rd. St. Harlingen, Texas 78550**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.