

John Ashcroft

CAB-03-161

· AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/15/2003 | United States District Court Southern District of Texas FILED |
| NAME OF SERVER (PRINT) Paula Waddle | TITLE Attorney at Law | |

*Check one box below to indicate appropriate method of service*

NOV 0 6 2003

Michael N. Milby
Clerk of Court

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): __Certified mail Receipt # 7002 2410 0001 9643 8490 was received by John Ashcroft Attorney General, USA on 9/22/2003__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/15/2003__
Date

*Signature of Server*

__107 N. 3rd. St. Harlingen, Texas 78550__
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure