United States District Court
Southern District of Texas
FILED

NOV 1 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE DE JESUS ALEMAN-RINCON, )
)
v. )
) CIVIL ACTION NO. B-03-161
PHILIP D. TUTAK, INTERIM )
DISTRICT DIRECTOR, USCIS, and )
JOHN ASHCROFT, UNITED STATES )
ATTORNEY GENERAL )
_____ )

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-045, and the cases that have been consolidated with it. <u>Salazar-Regino</u>, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of <u>Salazar-Regino</u>, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of Salazar-Regino and the consolidated cases.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Dated November 17, 2003    Federal Bar No. 23937

**CERTIFICATE OF CONSULTATION**

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Paula S. Waddle, Esquire
>South Texas Immigration Council
>107 N. Third St.
>Harlingen, TX 78550

on this the 18th day of November, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney