IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2004

Michael N. Milby
Clerk of Court

FELIPE DE JESUS ALEMAN-RINCON, )
)
v. )
) CIVIL ACTION NO. B-03-161
PHILIP D. TUTAK, INTERIM )
DISTRICT DIRECTOR, USCIS, and )
JOHN ASHCROFT, UNITED STATES )
ATTORNEY GENERAL )
)

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

COMES NOW, the Respondent, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner FELIPE DE JESUS ALEMAN-RINCON with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

January 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Paula S. Waddle, Esquire
>South Texas Immigration Council
>107 N. Third St.
>Harlingen, TX  78550

on this the 13th day of January, 2004.

_____
LISA M. PUTNAM
Special Assistant United States Attorney