United States District Court
Southern District of Texas
FILED

JUN 1 6 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| ALEMAN-RINCON, FELIPE DE JESUS | ) ) ) |
| v. | ) C.A. No. B-03-161 ) |
| PHILIP D. TUTAK, INTERIM DISTRICT DIRECTOR, USICE and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES. | ) ) ) ) ) |

## PETITIONER'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Counsel for Petitioner, **Felipe de Jesus Aleman-Rincon**, files this Motion to Dismiss, and hereby shows the court as follows:

1. This Motion is filed pursuant to F.R.C.P. 41(a)(1).

2. Petitioner hereby files this notice of voluntary dismissal, and stipulates to withdrawal of this action from the court at this time.

### Certificate of Conference

3. By telephone conference this date, June 15, 2005, with Mr. Rene Benavides, AUSA, counsel for the Respondents has indicated that the Respondents are unopposed to this motion.

Wherefore, premises considered, the Petitioner requests that the Petition for Writ of Habeas Corpus be dismissed by the Court, and for such other and further relief as is just.

Respectfully submitted,

*[signature: Paula Waddle]*

Paula S. Waddle, Attorney in Charge
South Texas Immigration Council
4793 W. Expressway 83
Harlingen, Texas 78552
956)425.6987/(956) 425.7434(fax)
State Bar ID #20630400
Federal ID No. 5674

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2005, a true and correct copy of the foregoing **Motion to Dismiss** has been served upon Rene Benavides, AUSA, 1701 W. Highway 83, Suite 600, TCB-Bentsen Tower, McAllen, Texas 78501, by first class mail.

*[signature]*

Paula S. Waddle