# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| **ALEMAN-RINCON, FELIPE DE JESUS** | ) | |
| | ) | |
| v. | ) | C.A.  No. _____ |
| | ) | |
| **PHILIP D. TUTAK, INTERIM DISTRICT** | ) | |
| **DIRECTOR, USICE and** | ) | |
| **JOHN ASHCROFT, ATTORNEY** | ) | |
| **GENERAL OF THE UNITED STATES.** | ) | |

## ORDER  GRANTING DISMISSAL

A verified Petition for Habeas Corpus having been duly filed in the above-entitled proceeding on behalf of Felipe de Jesus Aleman-Rincon  seeking issuance of a writ of habeas corpus,  and an Unopposed Motion to Dismiss the Petition  for Writ having been filed,  the Court having considered the Motion,  it is

**Ordered**  that the Unopposed Motion to Dismiss is  hereby   granted without prejudice.  This case is hereby **DISMISSED.**

Dated:  _____,  2005.

_____
**United States District Judge**