United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELIPE DE JESUS ALEMAN-RINCON § | |
| § | |
| VS. § | |
| § | CIVIL NO. B-03-161 |
| PHILIP D. TUTAK, INTERIM DISTRICT § | |
| DIRECTOR, USICE and § | |
| JOHN ASHCROFT, ATTORNEY § | |
| GENERAL OF THE UNITED STATES § | |

## ORDER

A verified Petition for Habeas Corpus having been duly filed in the above-entitled proceeding on behalf of Felipe de Jesus Aleman-Rincon seeking issuance of a writ of habeas corpus, and an Unopposed Motion to Dismiss the Petition for Writ having been filed, the court having considered the Motion, it is

**ORDERED** that the Unopposed Motion to Dismiss is hereby granted without prejudice. This case is hereby **DISMISSED**.

Signed this 30th day of August, 2005.

Andrew S. Hanen
United States District Judge